1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN  (CABN 302096)
   Assistant United States Attorney
5
        1301 Clay Street
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )  NO. 4:21-mj-71411-MAG-5
                                       )
14       Plaintiff,                    )  STIPULATION AND ORDER CONTINUING
                                       )  STATUS CONFERENCE AND EXCLUDING
15    v.                               )  TIME UNDER THE SPEEDY TRIAL ACT AND
                                       )  FEDERAL RULE OF CRIMINAL PROCEDURE
16 BIREN DESAI,                        )  5.1(c) AND (d)
                                       )
17       Defendant.                    )
                                       )
18

19       A status conference in the above-captioned case is scheduled for January 26, 2022.  Counsel for

20 the United States and counsel for the defendant jointly stipulate and request that that status conference

21 be continued to February 18, 2022, and that time be excluded under Federal Rule of Criminal Procedure

22 5.1(c) and (d), and the Speedy Trial Act from January 26, 2022 to February 18, 2022.

23       The government and counsel for the defendant have agreed that time be excluded under Federal

24 Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to

25 prepare.  The government has produced voluminous discovery to defense counsel and defense counsel

26 needs time to review the discovery with the defendant.  For these reasons, the parties stipulate and agree

27 that excluding time until February 18, 2022, will allow for the effective preparation of counsel.  *See* 18

28
   STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME
   AND ORDER
   4:21-mj-71411-MAG-5                        1

U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from January 26, 2022 to February 18, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

    The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

    IT IS SO STIPULATED.

DATED: January 20, 2022                                    /s/ Molly K. Priedeman
                                                                             MOLLY K. PRIEDEMAN
                                                                             Assistant United States Attorney

DATED: January 20, 2022                                    /s/ Joanna Sheridan
                                                                             JOANNA SHERIDAN
                                                                             Attorney for the Defendant

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 26, 2022 to February 18, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 26, 2022 to February 18, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 26, 2022 to February 18, 2022, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to February 18, 2022.

IT IS SO ORDERED.

DATED: January 21, 2022



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME
AND ORDER
4:21-mj-71411-MAG-5                      3