```
1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        1301 Clay Street
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 21-MJ-71411 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE AND EXCLUDING |
| v. | ) | TIME UNDER THE SPEEDY TRIAL ACT AND |
| | ) | FEDERAL RULE OF CRIMINAL PROCEDURE |
| BIREN DESAI, | ) | 5.1(c) AND (d) |
| | ) | |
| Defendant. | ) | |

A status conference in the above-captioned case is scheduled for March 18, 2022. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to May 18, 2022, and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from March 18, 2022 to May 18, 2022.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced voluminous discovery to defense counsel and defense counsel needs time to review the discovery with the defendant. For these reasons, the parties stipulate and agree that excluding time until May 18, 2022, will allow for the effective preparation of counsel. *See* 18

STIPULATION TO CONTINUE AND EXCLUDE TIME
AND ORDER
21-MJ-71411                                1

U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from March 18, 2022 to May 18, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: March 16, 2022                              /s/  Molly K. Priedeman
                                                   MOLLY K. PRIEDEMAN
                                                   Assistant United States Attorney

DATED: March 16, 2022                              /s/  Joanna Sheridan
                                                   JOANNA SHERIDAN
                                                   Attorney for the Defendant

## ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from March 18, 2022 to May 18, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 18, 2022 to May 18, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 18, 2022 to May 18, 2022, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to May 18, 2022.

IT IS SO ORDERED.

DATED:  March 17, 2022



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION TO CONTINUE AND EXCLUDE
TIME AND ORDER
21-MJ-71411                                  3