Joanna Sheridan (SBN 260090)
J.P. SHERIDAN LAW
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel: (415) 347-2700
Fax: (415) 347-2701
joanna@jpsheridanlaw.com

Counsel for Defendant
BIREN DESAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BIREN DESAI,<br><br>　　　Defendant. | NO. 4:21-mj-71411-MAG-5<br><br>STIPULATION AND ORDER (AS MODIFIED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |

　　　A status conference in the above-captioned case is scheduled for July 20, 2022.  Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to August 24, 2022 at 2:30 pm, and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from July 20, 2022 to August 24, 2022.

　　　The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare.  The government has produced voluminous discovery to defense counsel and defense counsel needs time to review the discovery with the defendant.  For these reasons, the parties stipulate and agree that excluding time until August 24, 2022, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from July 20, 2022 to August 24, 2022, from computation under the

Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned counsel for defendant certifies that she has obtained approval from counsel for the United States to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: July 19, 2022                    /s/  Joanna Sheridan
                                        JOANNA SHERIDAN
                                        Attorney for the Defendant

DATED: July 19, 2022                    /s/ Molly K. Priedeman
                                        MOLLY K. PRIEDEMAN
                                        Assistant United States Attorney

**ORDER (AS MODIFIED)**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from July 20, 2022 to August 24, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 20, 2022 to August 24, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 20, 2022 to August 24, 2022 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to August 24, 2022 at 2:30 pm by Videoconference before Magistrate Judge Kandis A. Westmore.

IT IS SO ORDERED.

DATED: July 10, 2022

THE HONORABLE DONNA M. RYU
United States Magistrate Judge